IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    **Civil Action No. 06-0362-CG-C** |
| | ) |
| **WILLIAM DAWSON, CLAUDIA DAWSON; HELTON LIVING TRUST, COLBERN W. HELTON and BARBARA R. HELTON, TRUSTEES; MARCI MCANALLY, and TIM MCANALLY,** | ) |
| | ) |
|     **Defendants.** | ) |

## JUDGMENT

In accordance with the court's order granting in part and denying in part the plaintiff's motion for partial summary judgment entered on July 6, 2007 (Doc. 41), it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the plaintiff, United States of America, and against the plaintiffs, William Dawson and Claudia Dawson, for the tax years of 1994 through 1998. The United States is entitled to judgment against William and Claudia Dawson, jointly and severally, for federal income tax liability for the years 1994 through 1998 in the amount of $56,651.79, plus interest and penalty incurred after April 12, 2007, as provided by law.

A stipulation having been filed by the parties on July 23, 2007 (Doc. 42) as to William and Claudia Dawson's federal income tax liabilities for tax years 1991, 1992, and 1993, and the satisfaction of judgment having been filed by the plaintiff on February 7, 2008 (Doc. 47), this

action is hereby **DISMISSED WITH PREJUDICE**.[1]

**DONE and ORDERED** this the 8th day of February, 2008.

                                              /s/ Callie V. S. Granade  
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In light of final judgment being entered this date, the defendants' unopposed motion to cancel trial, pre-trial conference and related scheduling and notice of resolution of dispute (Doc. 48) is hereby deemed to be **MOOT**.